H. NELSON CURTICE, Respondent, *v.* AMASA B. WEST, Appellant.

(Argued June 6, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made the first Tuesday of October, 1888, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Horace L. Bennett* for appellant.

*S. D. Bentley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.